*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

**JUDGMENT IN A CIVIL CASE**

**GENEVIEVE T. WEBB,**
    **Plaintiff,**

vs.                                5:19-CV-1604 (MAD/ML)

**MENTOR WORLDWIDE LLC and**
**JOHNSON & JOHNSON SERVS., INC.,**
    **Defendants.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss is **GRANTED** in its entirety; and the Court further **ORDERS** that Plaintiff's complaint is **DISMISSED with prejudice**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 7th day of April, 2020.

DATED: April 7, 2020

                                                    *Clerk of Court*

                                                    s/Britney Norton
                                                    Britney Norton
                                                    Deputy Clerk